**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                                  Chapter 13

Fernando Nambo and Rita Nambo                                      No.   13-05092

          Debtor                                                   Hon.  A. Benjamin Goldgar

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

    PLEASE TAKE NOTICE that on September 26, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                            _____/s/ Ross Brand_____

**Certificate of Service**

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Kenneth S Borcia and Glenn B Stearns on September 26, 2016.

                                                            _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Fernando Nambo and Rita Nambo
18971 W. Rose Ave.
Mundelein, IL 60060

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Kenneth S Borcia
Kenneth Borcia & Associates
P.O Box 447
Libertyville, IL 60048